STATE OF MISSOURI, Respondent, v. DORA
FLEMING, Appellant.

St. Louis Court of Appeals, June 28, 1910.

APPELLATE PRACTICE: No Bill of Exceptions: Criminal Pro-
cedure. Where, in a criminal case, no bill of exceptions is
filed, and the record proper is free from error, the judgment
will be affirmed.

Appeal from St. Louis Court of Criminal Correction.—
*Hon. Wilson A. Taylor,* Judge.

AFFIRMED.

*John Gernez* for appellant.

*Elliott W. Major,* Attorney-General, and *John M.
Atkinson,* Assistant Attorney-General, for respond-
ent.

There is nothing before this court but the record
proper, and no error appearing therein, the judgment
should be affirmed. State v. Nicholas, 193 Mo. 214;
State v. Sparks, 191 Mo. 162.

GOODE, J.—This defendant was convicted of un-
lawfully selling a certain ticket or part of a ticket in
a lottery or device in the nature of a lottery, known
as a policy. No bill of exceptions was filed and there
is before us only the record proper. The information
follows the statute and is according to the form laid
down in Sherwood's Criminal Law, page 674. Defend-
ant was duly arraigned and pleaded "not guilty;"
whereupon there was a trial before the court, a finding
that the defendant was guilty as charged and a judg-
ment sentencing him to pay a fine of two hundred dol-
lars. Finding no error in the record the judgment is
affirmed. All concur.